**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Benjamin Michael KOLLAR,
Defendant–Appellant.**

No. 08–50301
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

Benjamin Michael Kollar pleaded guilty to the charge of possession with intent to

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

distribute 100 kilograms or more of marijuana. Kollar has appealed, contending that the district court clearly erred in overruling his objection to the probation officer's drug-quantity determination. Kollar contends that the district court erred in extrapolating the quantity attributable to him as relevant conduct.

The district court's drug-quantity finding was based primarily on Kollar's own statements. The finding is not clearly erroneous because it is plausible in light of the record as a whole. *See United States v. Cisneros-Gutierrez*, 517 F.3d 751, 764 (5th Cir.2008). Kollar has not shown that the district court abused its discretion in imposing the sentence. *See Gall v. United States,* — U.S. —, 128 S.Ct. 586, 596–97, 169 L.Ed.2d 445 (2007). The judgment is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.